204 F.2d 690
 HELFER-KING, Inc. et al.
v.
UTAH ICE & STORAGE CO. et al.
 No. 4576.
 United States Court of Appeals Tenth Circuit.
 March 2, 1953.
 
 Appeal from the United States District Court for the District of Utah.
 Stewart Cannon & Hanson, Salt Lake City, Utah, Lawrence L. Summerhays, Salt Lake City, Utah, and E. L. Schoenhals, Salt Lake City, Utah, for appellants.
 Dan B. Shields, Salt Lake City, Utah, Stephens, Brayton & Lowe, Salt Lake City, Utah, and Donald C. McCreery, Denver, Colo., for appellees.
 Before PHILLIPS, Chief Judge and KNOUS, District Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to agreement of counsel.